No. 524. STEIN, TRADING AS JEAN CHEMICAL CO., ET AL. *v.* UNITED STATES. October 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Patrick J. Friel* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Newton K. Fox* for the United States.